**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:23-cv-24593-FAM**

Prime Holdings Insurance Services, Inc., dba X
Insurance, an Illinois corporation

      Plaintiff,

v.

Cardone Ventures, LLC, a Delaware Limited
Liability Complaint

      Defendant.

TO:    Cardone Ventures, LLC, a Delaware Limited Liability Complaint
       18909 NE 29th Ave, Suite 414,
       Aventura, Florida, 33180.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described Fed.R.Civ.P. 12(a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 GREEN, MATZNER & KELLNER, P.A.
                 1200 North Federal Highway, Suite 301
                 Boca Raton, Florida 33432

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

DATED _____Dec 6, 2023_____

s/ Lisa I. Streets
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court